

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:      USPLS, LC v. Patrick Gaas and Daniel Shank

Appellate case number:    01-20-00604-CV

Trial court case number:    2019-42530

Trial court:                  129th District Court of Harris County


Appellant USPLS, LC has filed a motion for rehearing. It is ordered that the motion for rehearing is **denied**.


Judge's signature:    /s/ April L. Farris
                          Acting for the Court

Panel consists of: Chief Justice Radack and Justices Countiss and Farris.


Date:   December 13, 2022